_AO91 (Rev. 8/01)  Criminal Complaint

# United States District Court

**SOUTHERN**　　　　　　**DISTRICT OF**　　　　　**TEXAS**

| | |
|---|---|
| UNITED STATES OF AMERICA<br>V.<br>**Domingo Castillo Castillo**<br>**San Nicolas, San Miguel**<br>**El Salvador** | **CRIMINAL COMPLAINT**<br><br>Case Number:　　**L-08-PO8988** |

I, the undersigned complainant state that the following is true and correct to the best of my knowledge and belief. On or about **July 25, 2008** in **Laredo, Texas** **Webb** County, in the **Southern** District of **Texas,** **Domingo Castillo Castillo** defendant(s),

a **El Salvadoran** alien, did unlawfully enter and attempt to enter the United States at a place other than as designated by immigration officers

in violation of Title **8** United States Code, Section(s) **1325 (a) (1)**

I further state that I am a(n) **Senior Border Patrol Agent** and that this complaint is based on the following facts: based on statements of the accused and records of the Immigration & Naturalization Service.

Furthermore, it is based on verbal statements by, **Domingo Castillo Castillo**, who admitted to being a citizen of **El Salvador**, who entered and attempted to enter illegally into the United States by wading the Rio Grande River near, **Laredo, Texas**, thus avoiding immigration inspection, nor having proper documents to enter, travel through, or remain in the United States. This illegal entry and attempted entry took place on **July 25, 2008**

Continued on the attached sheet and made a part of this complaint: ☐ Yes  ☒ No

/S/
Signature of Complainant

**Alfonso Perez**
Printed Name of Complainant

Sworn to before me and signed in my presence,

**July 28, 2008**　　　　　　at　　Laredo, Texas
Date　　　　　　　　　　　　　　　　City and State

**Diana Saldana**
U.S. Magistrate Judge
Name and Title of Judicial Officer　　　　　　Signature of Judicial Officer